THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 Barbara E. Bins, Appellant.
 
 
 

Appeal From Horry County
 Steven H. John, Circuit Court Judge
Unpublished Opinion No.  2009-UP-353
Submitted June 1, 2009  Filed June 23,
 2009
APPEAL DISMISSED

 
 
 
 Appellate
 Defender Lanelle C. Durant, of Columbia, for Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney
 General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott,
 all of Columbia; and Solicitor J. Gregory Hembree, of Conway, for Respondent.
 
 
 

PER CURIAM:  Barbara
 E. Bins pled guilty to possession with intent to distribute heroin (PWID). 
 After Bins denied having illegal drugs in her system at her plea hearing, she
 tested positive for cocaine.  The plea court held Bins in criminal contempt and
 sentenced her to ninety days' imprisonment, to be served consecutively to her
 sentence for PWID.  Bins appeals, arguing the plea court erred in holding her
 in contempt because she believed she truthfully answered the plea court's query
 concerning drug use.  After a thorough
 review of the record and counsel's brief pursuant to Anders v. California,
 386 U.S. 738 (1967), and State v. Williams, 305 S.C. 116, 406 S.E.2d 357
 (1991), we dismiss[1] Bins's appeal and grant counsel's petition to be relieved.  
APPEAL
 DISMISSED.
SHORT, WILLIAMS,
 and LOCKEMY, JJ., concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.